*Taka Iwashita* and *Michael J. Belzer*, assistant attorneys general, in opposition.

Decided January 14, 2003

STATE OF CONNECTICUT *v.* DARIO GUZMAN

*Lisa J. Steele*, special public defender, in support of the petition.

*Paul J. Narducci*, assistant state's attorney, in opposition.

Decided January 14, 2003

STATE OF CONNECTICUT *v.* JOHN GAUTHIER

*Deborah G. Stevenson*, special public defender, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided January 14, 2003

FRANKLIN CREDIT MANAGEMENT CORPORATION
*v.* THOMAS J. NICHOLAS ET AL.

*Matthew B. Woods,* in support of the petition.

*Lloyd L. Langhammer,* in opposition.

Decided January 14, 2003

SCOTT LEWIS *v.* COMMISSIONER OF CORRECTION

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Scott Lewis,* pro se, in support of the petition.

*Christopher T. Godialis,* assistant state's attorney, in opposition.

Decided January 14, 2003

CARLO VONA ET AL. *v.* EDWARD N. LERNER ET AL.

The Court *(FORD, MURRAY* and *LICARI, Js.)*

CHIEF JUSTICE SULLIVAN and JUSTICES BORDEN, NORCOTT, KATZ, PALMER and VERTEFEUILLE and JUDGES MULCAHY and SUSCO did not participate in the consideration or decision of this petition.

*Thomas E. Minogue, Jr.,* in support of the petition.